# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 05 CR 76 - 1 | **DATE** | 5/29/2008 |
| **CASE TITLE** | United States of America vs. Michael J. Acosta | | |

**DOCKET ENTRY TEXT**

Defendant Michael J. Acosta's Agreed Motion for Early Termination of Supervised Release is granted.

Docketing to mail notices.

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | WAP |